JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID ARMENDARIZ; | ) CASE NO. 8:20-CV-00454-JLS-ADS |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT FOLLOWING ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |
| STREMICKS HERITAGE FOODS, LLC AND DOES 1 through 10, inclusive, | ) Filed: January 14, 2020<br>) Trial: None Set |
| Defendants. | ) |

On September 4, 2020, Defendant STREMICKS HERITAGE FOODS, LLC ("Defendant") issued a Federal Rules of Civil Procedure Rule 68 Offer of Judgment ("Rule 68 Offer") on Plaintiff DAVID ARMENDARIZ ("Plaintiff"). (Doc. 34). Plaintiff timely accepted the Rule 68 Offer on the terms and conditions set forth therein via execution by his counsel on September 17, 2020. (Doc. 35).

In accordance with Plaintiff's acceptance of the Rule 68 Offer, judgment is hereby entered in the amount of fifteen thousand dollars and zero cents ($15,000.00), inclusive of all costs and fees ("Settlement Sum"), in favor of Plaintiff and against Defendant. Although judgment is being entered in favor of Plaintiff and against Defendant, this Court has made no findings of liability or merits determinations in this action as to either party nor does this judgment

amount to or constitute any type of admission by either party. Additionally, Plaintiff is not entitled to interest on the aforementioned sum (unless otherwise specified herein) nor shall he recover any attorneys' fees or costs. Rather, each side shall bear his/its own attorneys' fees and costs incurred in relation to this matter.

Further, Defendant shall pay the Settlement Sum to Plaintiff within twenty-one (21) days of service of this executed judgment on Defendant. If payment is not made within such timeframe, then interest shall accrue pursuant to 28 U.S.C. § 1961 until the full amount is paid.

Within fourteen (14) days of Plaintiff's receipt of the Settlement Sum, Plaintiff shall file a request for dismissal with prejudice with this District Court as to all claims asserted in this action and as to all parties.

**IT IS SO ORDERED.**

Date: September 30, 2020

_____
Hon. Josephine L. Staton
United States District Judge